Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff George D. Sledge*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE D. SLEDGE**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.**<br><br>**Defendants.** | **CIVIL ACTION NO:**<br>**8:15-cv-00013-JVS-(JCGx)**<br><br>**PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES** |

PLEASE TAKE NOTICE pursuant to Local Rule 40-2 that Plaintiff George D. Sledge ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at

1  which time, the parties shall file a Stipulation for Dismissal of the claims asserted

2  against Experian.

3

4

5  Date:  December 22, 2015          **TATAR LAW FIRM, APC**

6

7

8  _____

9  Stephanie Tatar (237792)
   3500 West Olive Avenue

10  Suite 300
    Burbank, CA 91505

11  Telephone: (323) 744-1146

12  Facsimile: (888) 778-5695

13

14  Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

**NOTICE OF SETTLEMENT**