JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George D. Sledge,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., et al.,<br><br>　　　　Defendant(s). | SACV 15-00013 JVS (JCGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:　　December 23, 2015

_____
James V. Selna
United States District Judge